ROSE M. PALMER and LILLIAN PALMER, Appellants, v. ROTARY REALTY COMPANY and Others, Respondents.— This demurrer to the amended complaint was well taken.    An alleged promise to hold land and then to reconvey on request, resting wholly in parol, is within the Statute of Frauds. (Real Prop. Law, § 242;* 20 Cyc. 233 (e).)    Even if in writing, such a

* See Consol. Laws, chap. 50 (Laws of 1909, chap. 52), § 242.— [REP.

promise to reconvey would not be specifically enforced for the reason that it was unilateral, as plaintiffs do not show that they agreed to take back the property. (*Levin* v. *Dietz,* 194 N. Y. 376; *Riker* v. *Comfort,* 140 App. Div. 117.) These appellants cannot avail themselves of the alleged usury in giving a mortgage before they acquired the property. The order is, therefore, affirmed, with ten dollars costs and disbursements. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.